**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

MICHAEL NELSON                                                              PETITIONER

VERSUS                                            CIVIL ACTION NO.5:05cv13-DCB-JCS

MICHAEL PETTIFORD,
WARDEN FCI-YAZOO CITY                                                       RESPONDENT

### FINAL JUDGMENT

This matter came before the Court on Michael Nelson's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [**docket entry no. 1**]. The Court dismissed the petition in a separate Order which adopted Judge James C. Sumner's Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice as to the jurisdictional issue but is dismissed without prejudice as to all other issues.

SO ORDERED AND ADJUDGED, this the 17th day of March, 2006.

                                              S/DAVID BRAMLETTE
                                              UNITED STATES DISTRICT JUDGE